## PEASE v. HANSEN, DIRECTOR, CASCADE COUNTY DEPARTMENT OF PUBLIC WELFARE, ET AL.

No. 70–5376.  Decided November 16, 1971

PER CURIAM.

The motion of the appellant for leave to proceed *in forma pauperis* is granted.

Whether a welfare program is or is not federally funded is irrelevant to the constitutional principles enunciated in *Shapiro* v. *Thompson,* 394 U. S. 618.  The judgment of the Supreme Court of Montana is reversed.

THE CHIEF JUSTICE is of the opinion that probable jurisdiction should be noted and the case set for oral argument.